# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUSIVILLE DIVISION

| | |
|---|---|
| PHILLIP BLAND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 3:26-cv-136-DJH ) |
| RCS TRANSPORTATION, LLC, | ) ) ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.      NATURE OF THE CASE

1. Plaintiff, Phillip Bland ("Bland"), by Counsel, brings this action against Defendant, RCS Transportation, LLC, ("Defendant") for violating Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended 42 U.S.C. § 2000e *et. seq.*

### II.      PARTIES

2. Plaintiff is a resident of Jefferson County, Kentucky, who at all times relevant to this action, resided within the geographical boundaries of the Western District of Kentucky.

3. Defendant maintains offices and routinely conducts business in Shelby County, Kentucky, which is located within the geographical boundaries of the Western District of Kentucky.

### III.      JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. § 1331; 28 U.S.C. § 1343; and 42 U.S.C. § 2000e-5(f)(3).

5. Defendant is an "employer" as that term is defined by 42 U.S.C. § 2000e(b).

6. Plaintiff was an "employee," as that term is defined by 42 U.S.C. § 2000e(f).

7. Plaintiff exhausted his administrative remedies, having timely filed a Charge of Discrimination (Charge No. 474-2025-01470) with the U.S. Equal Employment Opportunity Commission ("EEOC") against the Defendant alleging discrimination based on his race and sex. Plaintiff has filed his Complaint within ninety (90) days of receipt of his Notice of Suit Rights.

8. A substantial portion of the events, transactions, and occurrences concerning this case have arisen in the geographical environs of the Western District of Kentucky, thus venue is proper in this Court.

## IV.   FACTUAL ALLEGATIONS

9. Bland was hired by Defendant in or about 2022 as a Casual Driver, transporting vehicles for Ford. At all times relevant, Bland met or exceeded Defendant's legitimate performance expectations.

10. On or about June 2, 2025, Bland was disciplined for not following bus procedure. Supervisor, Paul Ballard ("Ballard"), who is African American, alleged Bland had gotten in front of the bus. However, Bland never drove ahead of the bus and Ballard's allegation was demonstrably false.

11. Following this, Ballard directed Bland to sign a write up for the false allegation, stating "we have the power to stop the system from calling you for jobs unless you sign this paper". When Bland refused, he asked Ballard why he was being targeted and accused. In response, Ballard only stated Defendant was "going to take [Bland's] money for a while".

12. Shortly thereafter, Bland was pulled from the drive and replaced by Caucasian driver, Mary Lynn Gregory ("Gregory"), who is female. Bland was escorted off Defendant's property and has not been scheduled to work since.

13. Similarly situated employee(s), such as Gregory, violated the same bus procedure that Defendant accused Bland of violating; however, she continued to receive assignments and did not have her employment terminated.

### V.     CAUSES OF ACTION

### COUNT I: TITLE VII- RACE DISCRIMINATION

14. Bland hereby incorporates paragraphs one (1) through thirteen (13) of his Complaint.

15. Bland is African American.

16. Defendant discriminated against Bland by subjecting him to disparate treatment and terminating his employment based on his race.

17. Defendant's actions were intentional, willful, and in reckless disregard of Bland's rights as protected by Title VII.

18. Bland has suffered damages as a result of Defendant's unlawful actions.

### COUNT II: TITLE VII- SEX DISCRIMINATION

19. Bland hereby incorporates paragraphs one (1) through eighteen (18) of his Complaint.

20. Bland is a male.

21. Defendant discriminated against Bland by subjecting him to disparate treatment and terminating him on the basis of his sex.

22. Defendant's actions were intentional, willful, and in reckless disregard Bland's rights as protected by Title VII.

23. Bland has suffered damages as a result of Defendant's unlawful actions.

## VI.     REQUESTED RELIEF

WHEREFORE, Plaintiff, Phillip Bland, respectfully requests that this court enter judgment in his favor and award him the following relief:

1. Permanently enjoin Defendant from engaging in any employment policy or practice that discriminates against an employee based on their race or sex;

2. Reinstate Plaintiff to the position, salary, and seniority level he would have enjoyed but for Defendant's unlawful employment actions, or award him front pay in lieu thereof;

3. Award Plaintiff all wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

4. Award Plaintiff compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

5. Award Plaintiff compensatory damages for Defendant's violations of Title VII;

6. Award Plaintiff punitive damages for Defendant's violations of Title VII;

7. Award Plaintiff all costs and attorney's fees incurred as a result of bringing this action;

8. Award Plaintiff pre- and post-judgment interest on all sums recoverable; and

9. Award Plaintiff all other legal and/or equitable relief this Court sees fit to grant.


Respectfully Submitted,

*/s/ Elizabeth Gatten*
Elizabeth Gatten

BISECKER DUTKAMYCH & MACER, LLC
101 N Seventh Street
Louisville, KY 40202
Telephone: (502) 561-3484
Email: egatten@bdlegal.com

*Counsel for Plaintiff, Phillip Bland*

## **DEMAND FOR JURY TRIAL**

Plaintiff, Phillip Bland, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully Submitted,

*/s/ Elizabeth Gatten*
Elizabeth Gatten
BISECKER DUTKAMYCH & MACER, LLC
101 N Seventh Street
Louisville, KY 40202
Telephone: (502) 561-3484
Email: egatten@bdlegal.com

*Counsel for Plaintiff, Phillip Bland*